## Commonwealth *v.* Reese, Appellant.

Before SCHEIRER, J.

Argued December 11, 1975. *Dennis J. Monaghan,* with him *Barrett and Monaghan,* for appellant; *Richard J. Orloski,* Assistant District Attorney, and *George J. Joseph,* District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Reppert, Appellant.

Before BERTOLET, J.

Submitted September 8, 1975. *Richard N. Beltzner,* Assistant Public Defender, and *Ralph W. D. Levan,* First Assistant Public Defender, for appellant; *Grant E. Wesner,* Deputy District Attorney, and *Robert L. VanHoove,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.